In the Matter of EMILY MARX, Appellant, against ALLEN J. GOODRICH et al., Constituting the State Tax Commission, Respondents.—

914

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.